No. 618. ESTATE OF ROGERS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. December 4, 1944. Petition for writ

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Drye, Jr.* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Morton K. Rothschild* for respondent.